**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED
2005 NOV -4 P 4: 14
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 3:00 CR 227 (SRU) |
| | : | |
| EDDIE LAWHORN | : | |

### ORDER

The order sealing a portion of the defendant's change of plea transcript, entered on February 5, 2002, is hereby **VACATED**.

It is so ordered.

Dated at Bridgeport, Connecticut, this 3rd day of November 2005.

_____
Stefan R. Underhill
United States District Judge